RECEIVED
FEB - 3 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NELSON R. SANTANA** | **CIVIL ACTION NO. 08-1196** |
| **VS.** | **JUDGE DOHERTY** |
| **DEPARTMENT OF JUSTICE** | **MAGISTRATE JUDGE METHVIN** |

*JUDGMENT*

The defendants' Motion to Dismiss Under F.R.C.P. 12(b)(3) or, Alternatively, for Transfer to a District of Proper Venue Pursuant to 28 U.S.C.§ 1406(a),[1] was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and any objections filed by the parties, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the motion to dismiss is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

1) This matter shall be transferred to the United States District Court for the District of Columbia;

2) The remaining requests for relief are **DENIED**.

Lafayette, Louisiana this 3 day of February, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT JUDGE

---

[1] Rec. Doc. 11.